

Powless & Winters, for appellant; D. L. Duty, for appellee. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed January 19, 1950; rehearing denied March 1, 1950; released for publication March 2, 1950.

## L. Smothers and Roy Edmonds, Appellants, v. Ed Koch and Bertha Konhorst, Appellees.

Term No. 49018. 

Robert M. Washburn, for appellants; Wham & Wham, for appellees. Opinion by JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed January 19, 1950; released for publication February 20, 1950.

## Liberty National Bank of Chicago, Trustee Under Trust Agreement, Appellee, v. National Equipment and Supply Company, Inc., Appellant.

Gen. No. 44,842. 

